UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRK LENS, an individual,<br><br>                     Plaintiff,<br><br>v.<br><br>KATMAI GOVERNMENT SERVICES, LLC, a corporation, and DOES 1 through 25,<br><br>                    Defendants. | Case No.: 23-cv-1916-W-BGS<br><br>**ORDER DENYING JOINT MOTION TO DISMISS [DOC. 13]** |

      Pending before the Court is Plaintiff Dirk Lens ("Plaintiff") and Defendant Katmai Government Services, LLC's ("Defendant") (collectively, the "Parties") joint motion to dismiss with prejudice under FED. R. CIV. P. 41(a). ([Doc. 13], "Joint Motion".)

      While the Joint Motion (which appears to have been filed by one of Defendant's attorneys, David Quigley) contains the electronic signatures of the Parties' respective attorneys, it is not accompanied by a certification that Plaintiff's attorney authorized the use of his electronic signature. *See* Civ. L.R. 5.4(f); CM/ECF Admin. Policies & Proc. Manual Section 2(f)(4) ("The filer of any joint motion or other document requiring more than one signature must certify that the content of the document is acceptable to all persons required to sign the document by obtaining

either physical signatures or authorization for the electronic signatures of all parties on the document.").

Accordingly, the Joint Motion is **DENIED WITHOUT PREJUDICE**. The Parties may refile the Joint Motion with the required certification.

**IT IS SO ORDERED.**

Dated: April 12, 2024

Hon. Thomas J. Whelan
United States District Judge